IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TCOS ENTERPRISES, INC., | : | No. 10-7130 |
| Defendant. | : | |

## Order

AND NOW, this **13th** day of **January**, **2012**, upon consideration of Plaintiff's Amended Motion for Partial Summary Judgment, Defendant/Third Party Plaintiff TCOS Enterprises, Inc. d/b/a Flat Rock Saloon's Cross Motion for Summary Judgment and Opposition to Plaintiff's Motion for Partial Summary Judgment, and Plaintiff's responses thereto, and for the reasons stated in this Court's Memorandum dated January 13, 2012, it is hereby **ORDERED** that:

1. Plaintiff's motion (Document No. 24) is **GRANTED**.

2. Defendant's motion (Document No. 27) is **DENIED** as to the 47 U.S.C. § 553 and conversion claims and **GRANTED** as to the 47 U.S.C. § 605 claim.

3. A telephone conference to discuss the status of the case going forward will be held on **Thursday, January 19, 2012** at **11:00 a.m.**

BY THE COURT:

_____
**Berle M. Schiller, J.**