IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TCOS ENTERPRISES, INC., | : | No. 10-7130 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **19th** day of **April**, **2012**, upon consideration of Plaintiff's Motion for Costs and Attorneys' Fees, Defendant's response thereto, Plaintiff's reply thereon, and Plaintiff's Brief Addressing Conversion Count and Requesting Dismissal Thereof, and for the reasons stated in this Court's Memorandum dated April 19, 2012, it is hereby **ORDERED** that:

1. Plaintiff's motion (Document No. 41) is **GRANTED**. Plaintiff is awarded $1940.50 in attorneys' fees and $363.24 in costs.

2. Count III is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(2).

3. The Clerk of Court is directed to close this case.

BY THE COURT:

Berle M. Schiller, J.